Dismiss; Opinion Filed January 14, 2013.



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01068-CV

**VIRGINIA ANN RIPPLEY, Appellant**

**V.**

**MICHAEL CURTIS HAIRS, Appellee**

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-54722-2011

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion By Chief Justice Wright

Before the Court is appellant's January 2, 2013 unopposed motion to dismiss appeal. In the letter accompanying the motion, appellant states the parties have settled the matter, are entering an agreed order with the trial court, and have agreed that each party will bear their own costs of the appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

CAROLYN WRIGHT
CHIEF JUSTICE

121068F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

VIRGINIA ANN RIPPLEY, Appellant

No. 05-12-01068-CV      V.

MICHAEL CURTIS HAIRS, Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas. (Tr.Ct.No. 199-54722-2011).
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**. Pursuant to the parties agreement, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered January 14, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE